UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AARON LEE DURNING.

    Petitioner,

v.                                        Case No.  3:20-cv-5529-LC-MJF

MARK INCH,

    Respondent.
_____/

## **ORDER**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 4, 2021. (Doc. 16). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the filed objections.

    Having considered the Report and Recommendation and the objections thereto, I conclude that the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The Magistrate Judge's Report and Recommendation (Doc. 16), is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 11) is **GRANTED**.

3. The petition for writ of habeas corpus (Doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Aaron Lee Durning*, Escambia County Circuit Court Case No. 2015-CF-5376, is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

4. A certificate of appealability is **DENIED**.

5. The clerk of court shall close this case file.

**DONE AND ORDERED** this 2nd day of March, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**